UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25-cr-10025 |
| | ) | |
| v. | ) | |
| | ) | |
| GABRIEL GERSHOWITZ, | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATION OF RELATEDNESS

Pursuant to Local Rule 40.1(h)(5)(B), the government submits the following related case certification. The government hereby certifies that the information filed in the above-captioned matter is a "Related Criminal Case" pursuant to Local Rule 40.1(h) with respect to several recent insider trading cases filed under seal, including *United States v. Eliyahu Kavian*, 24-cr-10370-LTS, and *United States v. Bratslavsky*, 24-cr-10338-LTS (collectively, the "Prior Cases"). The above-captioned matter is related to the Prior Cases in that the cases arise out of overlapping "charged schemes" and an overlapping "series of events," and because the above-captioned matter and the Prior Cases would "entail substantial duplication of effort in the pretrial, trial and/or sentencing phases if heard by different judges." *See* D. Mass. L.R. 40.1(h)(1)(A)-(B).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Ian J. Stearns*
KAITLIN R. O'DONNELL
IAN J. STEARNS
Assistant United States Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that an electronic copy of this document was provided to the Court and counsel for the defendant.

By:  */s/ Ian J. Stearns*
IAN J. STEARNS
Assistant United States Attorney

Date: January 24, 2025