

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

smorvillo@seyfarth.com
T (212) 218-6481

www.seyfarth.com

November 24, 2025

**VIA E-Mail**
Honorable Leo T. Sorokin
United States District Judge
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

**TO BE FILED UNDER SEAL**

        Re:     United States v. Gershowitz - 25-cr-10025-LTS

Dear Judge Sorokin:

We represent Gabriel Gershowitz in the above-captioned matter, and write to respectfully request that Mr. Gershowitz be permitted to retrieve his passport, currently being held at the United States Probation and Pretrial Services Office in Boston, for upcoming international travel.  Pursuant to the Order Setting Conditions of Release for Mr. Gershowitz, we have provided the Probation and Pretrial Services Office "advanced notice" that Mr. Gershowitz intends to travel internationally from December 21, 2025 through December 29, 2025 for a family vacation, as well as his itinerary. We understand that because the Court ordered the surrender of Mr. Gershowitz's passport, the United States Probation Office cannot return his passport without the Court's consent.

Upon his return to New York, Mr. Gershowitz will return his passport to the Probation and Pretrial Services Office in Boston or to the United States Pretrial Services Office in the Southern District of New York where Mr. Gershowitz is being supervised, as directed.

311493326v.1



We have spoken with the Assistant U.S. Attorney's Ian Sterns and Kaitlin O'Donnell and they take no position with respect our request.

Thank you for your consideration.

Respectfully submitted,

/s/ E. Scott Morvillo
E. Scott Morvillo

cc:     AUSA Ian Sterns
        AUSA Kaitlin O'Donnell
        U.S. Probation Officer Meghan Montgomery
        U.S. Pretrial Services Officer Steve Boose, LMSW

311493326v.12