IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal  No. 25-cr-10025-LTS |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| GABRIEL GERSHOWITZ, | ) | Count One: Securities Fraud Conspiracy |
| | ) | (18 U.S.C. § 371) |
| Defendant | ) | |
| | ) | Forfeiture Allegation: |
| | ) | (18 U.S.C. § 981(a)(1)(C) and |
| | ) | 28 U.S.C. § 2461(c)) |

**GOVERNMENT'S MOTION TO UNSEAL INFORMATION**

Pursuant to Local Rule 7.2, the government respectfully moves to unseal the above-captioned case and docket, including the previously sealed information. The government respectfully submits that the sealing of these materials is no longer necessary at this stage of the government's investigation.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Kaitlin R. O'Donnell*
KAITLIN R. O'DONNELL
IAN J. STEARNS
Assistant United States Attorneys

Date: May 6, 2026